IN RE:               FILED         CASE NO. 04-51385

DONALD CHRIS BATES    2010 SEP 17 PM 12:00     CHAPTER 7

       Debtor     U.S. BANKRUPTCY COURT / NORTHERN DISTRICT OF OHIO / AKRON     REPORT OF UNCLAIMED DIVIDEND

     Harold A. Corzin, Trustee herein, reports that check #103 was issued on June 15, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #105to the Clerk of Courts in the amount of $683.34 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                        _____
                                        HAROLD A. CORZIN, TRUSTEE
                                        304 N. Cleveland-Massillon Road
                                        Akron, Ohio 44333
                                        (330) 670-0770
                                        (330) 670-0297 Facsimile
                                        Hcorzin@csu-law.com

September 15, 2010

cc:  U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 04-51385 - BATES, DONALD CHRIS

| Account No. | Check No. | Issued | Payee | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-01117624-66 | 105 | 09/15/10 | U. S. BANKRUPTCY COURT | | | | | $683.34 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-01117624-66 7 | | 103 | 08/29/05 | 610 | CNAC<br>2000 CLEVELAND RD<br>SANDUSKY, OH 44870 | 1,477.17 | 1,477.17 | 683.34 | 683.34 |

*Handwritten note:* ck # 105 riciept # 81784

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.